JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER WEDDLE, | ) | Case No. CV 13-1349-DTB |
| Petitioner, | ) | |
| vs. | ) | **J U D G M E N T** |
| M.D. BITER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus and Dismissing Action with Prejudice,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: February 18, 2014

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE